JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| **W.C. Jr.**, by his guardian ad litem, Wild Chang,<br><br>Plaintiff,<br><br>v.<br><br>**Rowland Unified School District et al.**,<br><br>Defendants. | Case No. CV 17-02168 AG (RAOx)<br><br>**JUDGMENT** |

The Court enters judgment for Defendants and against Plaintiff.

Dated October 17, 2017

Hon. Andrew J. Guilford
United States District Judge