| Case No. | CV 17-02168-AG (RAOx) | Date | July 10, 2019 |
|---|---|---|---|
| Title | W.C. Jr. v. Rowland Unified School District et al | | |

Present: The Honorable   ANDREW J. GUILFORD, UNITED STATES DISTRICT JUDGE

| Melissa Kunig | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF VOLUNTARY DISMISSAL

The Court, having been advised by the Plaintiff that this action has been resolved by a Notice of Voluntary Dismissal [62], hereby orders this action dismissed <u>with prejudice</u>. The Court hereby orders all proceedings in the case vacated and taken off calendar.

In light of the Notice of Voluntary Dismissal, the Court further orders the Order to Show Cause [61] issued on July 1, 2019 discharged.

                                                                    -    :    -

                                        Initials of Deputy Clerk    mku